RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 26 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

Minnie Tolbert Khalid
Mother of Tyrone Tolbert

_____
Plaintiff, Pro Se

v.   Case Number: **1:17-CV-1472**

Rebblebrook High School
a Cobb County School district
_____
Defendant.

## Pro Se Complaint Form:

Please open complaint due to violations of IDEA/IEP.

- 34 C.F.R. § 300.300.(a)(3)(ii)(c)(2)(i)
- 34 C.F.R. § 300.322 - 324 (IEP(a)(2)(v)
- 34 C.F.R. § 300.811
- 34 C.F.R. § 300.503 (a)(1) and (2)
- 20 U.S.C 1412 (a)(3)(B) C.F.R. 111
- 20 U.S.C 1414 (a)(b)(c)(d) (i-li)
- "Child Find Act"

Please hold all parties responsible for damages not limited to monetary, economic or punitive but all causes.

Address: 5422 Graywood Cir. SE Mableton GA 30126

Minnie Tolbert Khalid
(Printed name of Pro Se)

_____   4-26-17
(Signature of Pro Se)

SOCIAL SECURITY ADMINISTRATION

Date: April 20, 2017
Claim Number: XXX-XX-6325C2

MINNIE KHALID
FOR
ROSE M TOLBERT
5922 GRAYWOOD CIR SE
MABLETON GA 30126-5721

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2016, the full monthly
Social Security benefit before any deductions is......$ 223.70

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 223.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

The date of birth shown on our records is June 16, 2011.

Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-964-4690. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

>           SOCIAL SECURITY
>           1415 FRANKLIN GATEWAY
>           MARIETTA, GA 30067

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

>           Social Security Administration
>           3800 Camp Creek Pkway
>           Bldg 2400, Suite 100
>           Atlanta, Ga. 30331
>
>           OFFICE MANAGER

SOCIAL SECURITY ADMINISTRATION

Date: April 20, 2017
Claim Number: XXX-XX-6325C1

MINNIE KHALID FOR
TYRONE D TOLBERT
5922 GRAYWOOD CIR SE
MABLETON GA 30126-5721

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2016, the full monthly
   Social Security benefit before any deductions is......$ 223.70

      We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 223.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

   The date of birth shown on our records is November 9, 1999.

Type of Social Security Benefit Information

   You are entitled to monthly benefits as a dependent of the wage earner.

SUSPECT SOCIAL SECURITY FRAUD?

  Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
  Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-964-4690. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 1415 FRANKLIN GATEWAY
> MARIETTA, GA 30067

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Social Security Administration
3800 Camp Creek Pkway
Bldg 2400, Suite 100
Atlanta, Ga. 30331

OFFICE MANAGER

SOCIAL SECURITY ADMINISTRATION

```
                                    Date: April 20, 2017
                                    Claim Number: XXX-XX-6325A
                                                  XXX-XX-6325DI
```

```
    MINNIE T KHALID
    5922 GRAYWOOD CIR SE
    MABLETON GA 30126-5721
```

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2016, the full monthly
Social Security benefit before any deductions is......$ 1024.70

      We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 1024.00
(We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

    The date of birth shown on our records is February 19, 1980.

Medicare Information

    You are entitled to hospital insurance under Medicare beginning October 2011.

    You are entitled to medical insurance under Medicare beginning October 2011.

Type of Social Security Benefit Information

    You are entitled to monthly disability benefits.

SUSPECT SOCIAL SECURITY FRAUD?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-964-4690. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

                          SOCIAL SECURITY
                          1415 FRANKLIN GATEWAY
                          MARIETTA, GA 30067

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

                          Social Security Administration
                          3800 Camp Creek Pkway
                          Bldg 2400, Suite 100
                          Atlanta, Ga. 30331

                          OFFICE MANAGER